1016

[No. 4002-1.    Division One.    May 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. VERDUN LEE BOONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72107, Ward Roney, J., entered July 18, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4029-1.    Division One.    May 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JEWEL GLENN BRUCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71702, Lloyd W. Bever, J., entered July 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4038-1.    Division One.    May 17, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ANDREW LASSITER, ET AL, *Defendants*, STEVEN L. TRIGG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71942, Donald J. Horowitz, J., entered July 15, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1675-3.    Division Three.    May 18, 1976.]

LOUISE V. MAHRE, *Individually and as Executrix, Appellant*, v. H. WARD TRUEBLOOD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 57402, Howard Hettinger, J., entered August 18, 1975. *Affirmed* by unpublished per curiam opinion.